UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYLVESTER H. CLAY, JR., | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:19-cv-02015-AGF ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant Sylvester H. Clay, Jr.'s second motion for an order to show cause. (Docket No. 3). The motion will be denied as the Court has not yet directed the government to file a written response. Moreover, movant is being directed to show cause why his § 2255 motion should not be dismissed as untimely.

Accordingly,

**IT IS HEREBY ORDERED** that movant's second motion for an order to show cause (Docket No. 3) is **DENIED**.

Dated this 17th day of December, 2019

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE