UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SYLVESTER H. CLAY, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-02015-AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of movant Sylvester H. Clay, Jr. for additional time in which to file a response to the Court's show cause order. (Docket No. 8). In the motion, movant's counsel notes that the Court issued its order to show cause on December 16, 2019, but that counsel did not enter her appearance until January 8, 2020. Good cause being shown, the Court will grant movant's motion. Movant will be given an additional thirty days from the date of this order in which to submit a response.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for additional time in which to respond to the Court's show cause order (Docket No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that movant shall file a response within **thirty (30) days** of the date of this order.

Dated this 15th day of January, 2020.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE